UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Steven E. Goldsmith, et al.</u>

    v.                             Civil No. 10-cv-00324-JL

<u>HSW Financial Recovery, LLC</u>

### **O R D E R**

The defendant's motion to amend (document no. 27) its amended answer (document no. 23) is GRANTED. It is sufficiently early in the proceeding to allow, and the plaintiffs' claim of prejudice is not sufficiently persuasive to preclude, the proposed amendment. That said, the plaintiffs are granted leave to either: (a) reinstate their motion for summary judgment as currently submitted, or (b) file a renewed summary judgment motion, in light of the amended answer. Notice of reinstatement or intent to file a renewed motion shall be filed by the plaintiffs no later than **December 17, 2010.**

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: December 8, 2010

cc: Carolyn K. Cole, Esq.
    Daniel C. Proctor, Esq.