UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| STEVEN E. GOLDSMITH AND<br>SEGNET TECHNOLOGIES, INC.<br>　　　Plaintiffs,<br><br>v.<br><br>HSW FINANCIAL RECOVERY, LLC<br>　　　Defendant | )<br>)<br>)<br>)　　CIVIL ACTION NO.: 10-CV-324-JL<br>)<br>)<br>)<br>) |

## **ORDER**

The parties Stipulation is approved. This case is dismissed with prejudice. No further action for the same cause.

Dated: __2/9/2011_____      __/s/ Joseph N. Laplante_____
　　　　　　　　　　　　　　　　Joseph N. Laplante, Presiding Justice